In the Matter of WILLIAM C. GEER et al., Respondents, against L. C. MARSHALL et al., Constituting the Board of Assessors for the Town of Ithaca, Tompkins County, Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of SIDNEY W. BOWSER, Petitioner, against SPENCER E. BATES et al., Constituting the Tax Commission of the State of New York, Respondents.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.